# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00025-CV

### In re Keith Judd

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Keith Judd has filed another petition for writ of mandamus in which he seeks to overcome his disenfranchisement under Texas law for having a felony conviction.[1] The substance of Judd's current claim for relief is an attempted collateral attack on the felony conviction that bars him from voting.[2] We deny the petition.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed:   January 19, 2016

_____

[1] *See In re Judd*, No. 03-16-00021-CV, 2016 Tex. App. LEXIS 279 (Tex. App.—Austin Jan. 13, 2016, orig. proceeding) (mem. op.); *see also In re Judd*, No. 03-15-00595-CV, 2015 Tex. App. LEXIS 10808, at *3–7 (Tex. App.—Austin Oct. 21, 2015, orig. proceeding) (mem. op.) (addressing Judd's right to appear on the ballot as a presidential candidate despite his felony conviction) (citing *LaRouche v. Hannah*, 822 S.W.2d 632, 632–34 (Tex. 1992) (per curiam)).

[2] *See United States v. Judd*, 252 F.3d 435 (5th Cir. 2001) (affirming conviction); *see also United States v. Judd*, No. 08-50213, 2009 U.S. App. LEXIS 29764, at *1 (5th Cir. Oct. 7, 2009) (noting that the Fifth Circuit had affirmed Judd's conviction). Judd also seemed to acknowledge the existence if not also validity of this felony conviction in each of his recent proceedings before this Court, but our analysis here does not rely upon that observation.